## SPEDIAN LECROIX
### v.
## THE PEOPLE EX REL.

STATEMENT.—This case is similar to Minck v. The People (*ante*, 127), and reversed on the same grounds.

APPEAL from the Circuit Court of St. Clair county; the Hon. AMOS WATTS, Judge, presiding. Opinion filed April 2, 1880.

Mr. R. A. HALBERT, for appellee.

Messrs. G. & G. A. KOERNER, for appellee.

CASEY, J. The same question arises in this case as in the

case of Minck v. The People ex rel., decided at this present term, (*ante* 127 , and for the same reason the judgment of the Circuit Court is reversed and the cause remanded.

Reversed and remanded.